UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

00 APR 11 PM 12 11

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA,
(Rural Development)
    Plaintiff,

       v.                         Civil  No. 99-1025(PG)

RAMONITA ECHANDY LAVERGNE,
et al,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #7 - Motion In Compliance With Local Rule 706. | The Government shall notify the Court within the next ten (10) days the results of the hearing on confirmation of plan held on March 23, 2000 |

Date: _____ April ___ 10 ___ , 2000.

Juan M. Perez Gimenez
JUAN M. PEREZ-GIMENEZ
U.S. District Judge