UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA,
(Rural Development)
    Plaintiff,

v.     Civil No. 99-1025 (PG)

RAMONITA ECHANDY LAVERGNE,
ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #9 - Motion In Compliance With Order. | Noted. The government shall inform the Court, in writing, within ten days the results of the June 12, 2000 confirmation hearing. |

Date: _____ July 11 _____, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge