UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 OCT 30 PM 12:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES OF AMERICA,
(Rural Development)
    Plaintiff,

        v.                        Civil No. 99-1025(PG)

RAMONITA ECHANDY LAVERGNE,
ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #12 - Motion Pursuant to Local Rule 706 and Request to Continue Prosecution. | **GRANTED.** |

Date: _____October 30_____, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge