UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br>    Plaintiff<br><br>v.<br><br>RAMONITA ECHANDY LAVERGNE, JAIME<br>RIOS SOTO and the conjugal<br>partnership constituted by both<br>    Defendants | Civil No. 99-1025 (PG)<br><br>FORECLOSURE OF MORTGAGE |

**ORDER FOR SERVICE OF SUMMONS BY PUBLICATION**

Upon motion of the plaintiff, United States of America, and it appearing to the Court from said motion and from accompanying documentation, that defendant Jaime Rios Soto, is not in Puerto Rico and/or defendant cannot be found notwithstanding plaintiff having taken all pertinent necessary steps to ascertain their whereabouts, and/or defendant are hiding to avoid service with process, and in order to serve notice of these proceedings to them pursuant to Rule 4(e) of the Federal Rules of Civil Procedure and Rule 4.5 of the Rules of Civil Procedure of the Commonwealth of Puerto Rico,

IT IS HEREBY ORDERED that this order be published once in a newspaper of general circulation in the Island of Puerto Rico, and that defendant appear, plead or answer the complaint filed herein not later than thirty (30) days after publication of this Order; by serving the original of said plea or answer in the U. S. District Court for the District of Puerto Rico, and serving a copy to counsel for plaintiff; and in default thereof, this Court will proceed to the hearing and adjudication of the above



U.S.A. v. Ramonita Echandy Lavergne
Page 2

entitled cause.

IT IS FURTHER ORDERED that within ten (10) days following publication of the edict, a copy of the summons and of the complaint shall be addressed to the defendant, by certified mail, return receipt requested, to the place of their last known address.

SO ORDERED at San Juan, Puerto Rico, this _31st_ day of _October_, 1998.

_____
UNITED STATES DISTRICT JUDGE