UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
(Rural Development)

CIVIL NO. 99-1025(PG)

Plaintiff

FORECLOSURE OF MORTGAGE

v.

RAMONITA ECHANDY LAVERGNE, JAIME
RIOS SOTO and the conjugal
partnership constituted by both

Defendants

### ORDER OF DISMISSAL AND FOR CANCELLATION OF LIS PENDENS

Upon motion by the plaintiff, United States of America, it is hereby ORDERED that this case be dismissed without prejudice and that the Lis Pendens made on the real property described herein below by virtue of the Lis Pendens issued in this case, and recorded at page 634, entry 287, and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of Property Of the Registry of Property of Aguadilla, Puerto Rico shall be directed to cancel off record said Lis Pendens:

> URBANA: Solar rotulado C-Diez (C-10) en el plano de inscripción de la Urbanización Jardines de Rincón sito en el Barrio Pueblo del Municipio de Rincón, Puerto Rico, con una cabida superificial de Ciento Noventa y Dos Metros Cuadrados con Noventa Centesimas de Otro (192.90); en lindes al Norte, con la Calle Número dos (2) en una distancia de siete metros con una centímetro (7.01); al Sur, con varios dueños en una distancia de siete metros con quince centímetros (7.15); al Este, con el

U.S. v. Ramonita Echandy Lavergne, et a        2
Civil No. 99-1025(PG)

>   solar C-once (C-11) en una distancia de
>   ventiocho metros con veintidos centímetros
>   (28.22) y al Oeste, con el solar C-nueve (C-9)
>   en una distancia de veintiseis metros con
>   ochenta y dos centímetros (26.82).
>
>   Contiene una casa de hormigón y bloques de una
>   sola planta cuyas paredes este y oeste son
>   medianeras con las casa que enclavan en los
>   solares C-once (C-11) y C-nueve (C-9),
>   respectivamente, del proyecto.

Plaintiff's mortgage is recorded at page 50, volume 63 of Aguadilla, property number 2703, 4th Inscription at the Registry of the Property of Aguadilla.

Given at San Juan, Puerto Rico, this 17th day of December, 2001.

_____
UNITED STATES DISTRICT JUDGE